**In re: Larry James GRIMLIE, Debtor,**

**Terri A. Running, Chapter 7 Trustee, Appellee,**

**v.**

**Larry James Grimlie, Appellant.**

**No. 09–3114.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 30, 2010.

Filed: March 31, 2010.

Matthew R. Burton, Leonard & O'Brien, Minneapolis, MN, for Appellee.

Larry James Grimlie, Monticello, MN, pro se.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Larry Grimlie appeals from the judgment of the Bankruptcy Appellate Panel (BAP) affirming the bankruptcy court's[1]

grant of summary judgment in favor of the trustee of Grimlie's bankruptcy estate. After careful review, *see In re Vote*, 276 F.3d 1024, 1026 (8th Cir.2002) (review standards), we affirm for the reasons stated by the BAP, *see* 8th Cir. R. 47B.

1. The Honorable Robert J. Kressel, United States Bankruptcy Judge for the District of Minnesota.